**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Luis Ray VELA–SALINAS, Defendant–Appellant.**

No. 04–40550.

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 17, 2004.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender H. Michael Sokolow, Sandra Zamora Zayas, Assistant Federal Public Defender, Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Luis Ray Vela–Salinas (Vela) appeals the 84–month sentence he received following his guilty-plea conviction for unlawful reentry of a deported alien. For the first time on appeal, Vela argues, pursuant to *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b)(1) and (2) are elements of the offense, not sentencing enhancements, and are unconstitutional. He concedes that this argument is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), but raises it for possible review by the Supreme Court.

Vela also argues that if the Supreme Court determines that *Blakely v. Washington*, —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), applies to the United States Sentencing Guidelines, the district court could not enhance his sentence based on facts not admitted or found by a jury. As he concedes, any argument based on *Blakely* is foreclosed by *United States v. Pineiro*, 377 F.3d 464, 465–66 (5th Cir.

---

2004), *petition for cert. filed* (U.S. July 14, 2004)(No. 04–5263).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.